UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEWIS HENRY MCCLAINE-BEY,

    Plaintiff,

v.

                                    Case No. 2:20-cv-162

UNKNOWN BURY, et al.,             HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a motion for partial summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 18, 2022, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  See 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment (ECF No. 20) is DENIED.

Dated:  February 18, 2022                              /s/  Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge